No. 89–174.   Ross *v.* Superior Court of California, County of Los Angeles (Stites et al., Real Parties in Interest).   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–178.   Snow et al. *v.* County of Los Angeles et al. Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–181.   Rodriguez, Individually and as Next Friend of Torres, et al. *v.* City of Brownsville.   C. A. 5th Cir.   Certiorari denied.

No. 89–182.   Grynberg et al. *v.* Danzig et al.   C. A. 10th Cir.   Certiorari denied.

No. 89–183.   Syre *v.* Williquette, Sheriff, Vilas County, Wisconsin.   Ct. App. Wis.   Certiorari denied.

No. 89–184.   J. William Costello Profit Sharing Trust *v.* State Roads Commission of the Maryland Highway Administration.   Ct. App. Md.   Certiorari denied.

No. 89–185.   Connor *v.* Sachs et al.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 89–188.   Colorado Interstate Gas Co. *v.* Oklahoma Tax Commission.   Sup. Ct. Okla.   Certiorari denied.

No. 89–190.   American Transit Corp. et al. *v.* Aponte Caratini.   Sup. Ct. P. R.   Certiorari denied.

No. 89–192.   Orben *v.* United States.   Ct. Mil. App.   Certiorari denied.

No. 89–197.   Electro-Nucleonics, Inc. *v.* Washington Suburban Sanitary Commission.   Ct. App. Md.   Certiorari denied.

No. 89–202.   George D. Newman & Sons, Inc. *v.* Washington Suburban Sanitary Commission.   C. A. 4th Cir.   Certiorari denied.

No. 89–203.   Siegel *v.* Edmonds Co., Inc., Profit Sharing Plan et al.   C. A. 3d Cir.   Certiorari denied.